IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-0044 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER RE: SEALED MATERIALS** |
| v. | |
| VICTOR CONTE, *et al.*, | |
| Defendants. | |

On February 15, 2008, the Court heard argument on defendants' motion for reconsideration. For the reasons stated on the record, the Court GRANTS defendants' motion. As discussed at the hearing, this order is not intended to preclude the government from using the sealed materials in connection with other criminal cases, and the government may submit a new or amended protective order to that effect.

**IT IS SO ORDERED.**

Dated: February 19, 2008

SUSAN ILLSTON
United States District Judge