| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332))<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | MATTHEW A. PARRELLA (NYSBN 2040855)<br>JEFFREY D. NEDROW (CABN 161299) |
| 5 | JEFFREY R. FINIGAN (CABN 168285)<br>Assistant United States Attorneys |
| 6 | |
| 7 | 150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>Telephone: (408) 535-5045 |
| 8 | Facsimile: (408) 535-5066<br>Email: jeff.nedrow@usdoj.gov |
| 9 | Attorneys For Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No: 04-0044-SI |
| Plaintiff, | ) ) | UNITED STATES' SUBMISSION OF PROPOSED AMENDED ORDER |
| | ) ) | VACATING MARCH 8, 2004 PROTECTIVE ORDER |
| v. | ) ) | |
| VICTOR CONTE, JR.,<br>JAMES VALENTE,<br>GREG ANDERSON, and<br>REMI KORCHEMNY, | ) ) ) ) ) | The Hon. Susan Illston |
| Defendants. | ) ) | |

On November 26, 2008, this Court signed the government's proposed order vacating the March 8, 2004 protective order filed in this case. The government herein submits a proposed amended order vacating the March 8, 2004 protective order to clarify the scope of the order.

DATED: December 1, 2008        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No: 04-0044-SI |
| Plaintiff, | ) ) ) | AMENDED ORDER VACATING <u>PROTECTIVE ORDER</u> |
| v. | ) ) | |
| VICTOR CONTE, JR., JAMES VALENTE, GREG ANDERSON, and REMI KORCHEMNY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

In light of the government's motion, and for the reasons stated therein, the stipulated protective order signed by this Court on March 8, 2004, along with any of its subsequent amendments, is hereby vacated.

The March 8, 2004 protective order pertained to grand jury transcripts, certain search warrants and related materials previously filed under seal with the Court, and certain records obtained in the investigation of this case by the government, including medical records. The March 8, 2004 protective order and its amendments applied extra protections to the handling of those materials by the parties in this case.

The effect of the instant order is to vacate only the extra protections instituted by the March 8, 2004 protective order and its amendments. The instant order does not, however, unseal

1 any previously-sealed materials in this case, nor does it have the effect of making public non-public materials maintained by the parties. This order does not direct the Clerk's office of this Court to unseal any previously-sealed materials, and previously-sealed materials shall remain sealed subject to existing sealing orders. The normal federal rules and regulations regarding the handling of the sealed and non-public material shall also remain in effect.

IT IS SO ORDERED.

DATED: 12/2/08 , 2008

_____
SUSAN ILLSTON
United States District Judge