1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No: 04-0044-SI |
|     Plaintiff, ) | |
|     v. ) | UNSEALING APPLICATION AND PROPOSED ORDER |
| VICTOR CONTE, et. al., ) | |
|     Defendants. ) | |

The United States, by and through Joseph P. Russoniello, United States Attorney, and

Jeffrey D. Nedrow, Assistant United States Attorney, hereby moves the Court for an order

unsealing Docket # 101 in this file, the affidavit signed by Special Agent Jeff Novitzky and filed

on July 13, 2004.[1]  The United States had previously requested sealing of this affidavit because at

the time the affidavit was filed, it addressed confidential matters regarding the handling of grand

_____

[1]The government previously submitted a similar version of this application and order for
the unsealing of an affidavit dated July 6, 2004.  The July 6, 2004 date, however, was in error;
there was no affidavit submitted on that date.  The instant application and order contain the
correct date for the affidavit of July 13, 2004, the date the subject affidavit was actually filed.
The government apologizes for any inconvenience caused by this error.

UNITED STATES' MOTION
TO UNSEAL AFFIDAVIT
AND PROPOSED ORDER
CR NO.: 04-0044-SI

jury transcripts in the original Balco case.  As the unauthorized leak of grand jury material which

caused the filing of the affidavit has long since been resolved, there is no longer a need to

maintain this affidavit under seal.


DATED: February 17, 2009                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                                    /s/
                                            _____
                                            MATTHEW A. PARRELLA
                                            JEFFREY D. NEDROW
                                            JEFFREY R. FINIGAN
                                            J. DOUGLAS WILSON
                                            Assistant United States Attorneys


                          **ORDER**

          In light of the government's motion, and for the reasons stated therein, the affidavit

signed by Special Agent Jeff Novitzky and filed under Docket # 101, dated July 13, 2004, is

hereby ordered unsealed.

IT IS SO ORDERED.


DATED: _____, 2009

                                            _____
                                            SUSAN ILLSTON
                                            United States District Judge


UNITED STATES' MOTION
TO UNSEAL AFFIDAVIT
AND PROPOSED ORDER
CR NO.: 04-0044-SI

                          2